IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JONATHAN WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | Civ. No. 5:22-cv-00128-DSC |

## ORDER

**UPON STIPULATION** of the parties, it is hereby ordered that Defendant will pay Plaintiff $3,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to his counsel, Aaron L. Dalton, and mailed to P.O. Box 786, Statesville, North Carolina, 28687, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED.**   Signed: March 9, 2023

David S. Cayer
United States Magistrate Judge

1